# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| MELISSA M. DUTZ, | |
|    Plaintiff, | Case No. 2:20-cv-12379-SJM-APP |
| v. | Honorable Stephen J. Murphy III |
| LAW OFFICES OF TIMOTHY E. BAXTER & ASSOCIATES, P.C., | Honorable Anthony P. Patti<br>Magistrate Judge |
|    Defendant. | |

## **NOTICE OF DISMISSAL**

NOW COMES the Plaintiff, MELISSA M. DUTZ, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her claims against Defendant, LAW OFFICES OF TIMOTHY E. BAXTER & ASSOCIATES, P.C., without prejudice.

Dated: January 4, 2021

Respectfully Submitted,

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com